FILED

JAN 1 2 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                                         )
        Plaintiff,                      )
                                         )
        v.                              )       2:10-CR-174-KJD (GWF)
                                         )
CARLOS AGUIRRE,                          )
                                         )
        Defendant.                      )

### FINAL ORDER OF FORFEITURE

On October 12, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture (Docket #26) pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant CARLOS AGUIRRE to criminal offense, forfeiting specific property alleged in the Information (#23) and shown by the United States to have a requisite nexus to the offense to which defendant CARLOS AGUIRRE pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on October 20, 2010, October 27, 2010, and November 3, 2010, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court. #29.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1        This Court finds no petitions are pending with regard to the assets named herein and the time

2 for presenting such petitions has expired.

3        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United

7 States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 21,

8 United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title

9 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

10         (a)    a High Standard, .22 caliber revolver, serial # 1166870;

11         (b)    any and all ammunition; and

12         (c)    $506.00 in United States Currency ("property").

13        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

14 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

15 any income derived as a result of the United States of America's management of any property forfeited

16 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17        The Clerk is hereby directed to send copies of this Order to all counsel of record and three

18 certified copies to the United States Attorney's Office.

19        DATED this ____12___ day of ___January___, 2011.

20

21                         UNITED STATES DISTRICT JUDGE

22

23

24

25

26